UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LYNEAL MANNING**                                                                                    **PLAINTIFF**

V.                          NO. 3:16-CV-00028-JTR

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**[1]                                                          **DEFENDANT**

## ORDER

Before the Court is Plaintiff Lyneal Manning's Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act ("EAJA"). *Doc. 19.* The Commissioner does not object to Plaintiff's request. *Doc. 22*.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$2,045.72**. The request includes reimbursement for attorney and paralegal fees totaling $2,025.65 and expenses of $20.07**.** The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the amount requested is reasonable.

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA, *doc. 19*, is GRANTED.

---

[1] Nancy A. Berryhill is now the Acting Commissioner and, pursuant to Fed. R. Civ. P. 25(d), is automatically substituted as the Defendant.